# KENNETH A. PAUL
ATTORNEY AT LAW

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, N.Y. 10006
TELEPHONE: (212) 587-8000
FAX: (212) 374-1506

e-mail: kpaul64@aol.com

November 23, 2016

**Via ECF and Regular Mail**
Ms. Cheryl M. Fiorillo
Senior United States Probation Officer
United States District Court
147 Pierrepont Street
Brooklyn, New York 11201-4201

    Re: <u>United States v. Ryan Quashie</u>
       14 Cr. 376(S-2)

Dear Ms. Fiorillo:

  Please be advised that, pursuant to Rule 32(f), I am setting forth the following objections to the Presentence Investigation Report ("PSR") on behalf of my client, Ryan Quashie.

1. We object to the use of acquitted conduct as set forth in the PSR. Specifically, we object to the conclusions and calculations as set forth in the PSR where my client was acquitted of the Perves Street robbery as charged in Count Two. With the jury's verdict of acquitting Mr. Quashie of Count Two and Count Four the jury was stating that it clearly had determined he did **not participate** in that robbery, or possess a firearm and therefore it is incorrect to calculate his guidelines as if he was convicted of a conspiracy to commit the Perves Street robbery. We therefore object to the guideline calculations as set forth in the PSR ¶¶ 27 – 35.

2. Consequently, we object to the Multiple Count Adjustment as set forth in PSR ¶¶ 42 – 44.

3. As per the robbery as set forth in Court Three, we object to the Adjustment for Role in the Offense enhancement. The guidelines do not provide for one who impersonates a cable

Ms. Cheryl M. Fiorillo
November 23, 2016
Page Two

   4. repairman as an abuse of position of trust. We object to the enhancement of 2 levels as per ¶39 of the PSR.

I would respectfully request that the objections, as previously noted, be reflected in your Revised Presentence Investigation Report.

If you have any questions regarding this matter, please feel free to call me. Thank you for your cooperation.

            Yours truly,

            Kenneth A. Paul

KAP: nd
Cc: AUSA Julia Nestor
   AUSA Erik D. Paulsen  (Via ECF)