Honorable Brian M. Conan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
August 28th 2016.

Dear Sir,

I am writing this letter in regards to the sentencing of Ryan Quashie on October 18, 2016. I understand that a sentence will be imposed because he was found guilty.

My name is Carol Quashie, I am Ryan's mother. I've worked for JP Morgan Chase as a Supervisor for twenty one years until retirement in 2009. I am an active member of the Laurelton Lions Club, a non-profit organization. As members we volunteer time to service and help enrich the lives of individuals in our communities and around the world. I have completed assignments distributing food and clothing to those in need, at the Veterans Hospital, food pantries, churches and other nonprofit organizations. I have also helped with events that provided funding for Breast Cancer Awareness and College scholarships for high school students. Ryan helps support me with these events. He occasionally help with the set up for events, transport items or help rallying donations for my causes.

I have known my son Ryan, to be a very hard working individual. As soon as he graduated from high school, he found himself a job to help pay for college because I couldn't afford it. This need for independence carried through his adult life. As soon as one job laid him off he will immediately find himself another. He was determined not to rely on me for financial support and to make sure he takes care of his needs. He has contributed to the home as well by helping pay bills and providing food.

Ryan is very compassionate about family and being supportive whenever needed. About 20 years ago his grandmother fell ill. She was hospitalized because of a failed kidney and the doctors had to operate in order to save the other kidney, which was also infected. On her release from the hospital she couldn't climb up and down the stairs of our home. For her convenience we built a half bathroom on the 1st floor. Every morning she will get dressed upstairs and Ryan will put her on his back to take her down the stairs where she could have easy access to the kitchen. She will remain downstairs until Ryan return from work on evenings to take her back up the stairs for bed. Ryan did this for three weeks and never complained once. My mom absence is comforted by memories like this and knowing my son provided comfort in her last days when I couldn't makes me very proud. The conversations between them both during this short journey down the stairs in the morning and then up again at night is as fresh as it happened yesterday. There are many other stories like this in the family where Ryan's strength, reliability, resilience and ability to show up and be on time are needed. I too have not so good days due to health issues and seeing my son take care of his grandmother the way he did gives me comfort knowing I too can count on him.

Out of everything he has done the one thing that stands out and makes me proud is his spiritual journey these few years. As a child he was introduced and raised as a Catholic. He did the necessary steps needed to confirm his belief. In his adult life he has seek the need to be more dedicated to his spiritual growth. His ability to attend service is a committed one of consistency attending every Sunday. Ryan has become more active in the church and community and has extended invites to family and friends. He has been dedicatedly grooming his son Ryan Jr. and his nephews about the importance to have spiritual growth. Becoming a father has also helped with his journey. He is a great father to his son and I couldn't ask for a better timing for these two new experiences to collide. Ryan needs to be able to continue being an example to his son and nephews of what becoming a man is. I pray and trust that consideration of a lenient sentence will be given to my son. The positive male fixture and model he has grown to be provides a sense of security for the family that we need.

Yours Sincerely,

Carol M. Quashie

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
September 1st 2016.

Dear Sir,

I am writing this letter on behalf of Ryan Quashie. I was informed that he was found guilty and on October 18, 2016 he will be aware of the details of his sentence. My name is Charmaine Batson. I've been employed by Northwell LIJ Hospital for 24 years as a Surgical Technician. Besides working in the operating room, I am also tending to admitted patients and those in recovery. On a daily basis I have the pleasure of working with and caring for a vast array of diverse individuals.

I've known Ryan for over 25 years. I am his mother's best friend and known to Ryan as Aunty Charmaine. He is well mannered, respectful, loving, hard working and very supportive to his family. I recall many times when I stopped by their house and he will be cooking dinner for his niece and nephews and taking care of them. Ryan is one of those people who will go out of his way to ensure that everyone is happy.

In his adult life he developed a love for cooking; specifically the grill. Warm weather is his favorite time all because he can find an excuse to use the grill. He loves it so much that in warm winter months the grill comes out. There are times I will stop by unannounced during these grilling moments and he will always tease me saying, "Auntie Charmaine you smell food!" He always extends invites to his friends as well to show off his grilling techniques. The funny think to us is watching him maneuver with his left hand, which he did very well.

Ryan's dedication and loyalty to family and friends is very admirable. He is more than a nephew to me and I wish for him to be able to continue to be the person I've grown to love and admire. I respectfully request that the sentence to be administered is considerably lenient so Ryan can continue to be available to those in need of his presence; more so his family.

Yours Sincerely,
Charmaine A. Batson

Maisha L. Tippins

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Dear Judge Cogan,

My Name is Maisha Tippins, I am Ryan Quashie's girlfriend and mother of his only child, Ryan Quashie Jr.  Currently I am employed by Riverton Street Charter School where I teach the fourth grade.  I have a BA in Elementary Education/Psychology and am licensed by the State of New York to teach grades two through 6.  For the past two years I have been teaching at Title 1 schools which serves children in urban communities.  My goal is to bridge the educational gap between children from a lower socio-economic background and their counterparts in sub-urban communities.  The objective is to provide them with the education needed to become competitive in their future academia.

Ryan and I met during the summer of 2010, and our friendship blossomed into a more personal and intimate relationship.  Our union produced a child who is now four years old.  During the six years that I have known Ryan, he has shown such loyalty to his friends and family. He is caring, kind, considerate, compassionate and respectful.

In 2012 while working part-time and pursuing my baccalaureate degree, I became pregnant with Ryan's child.  I took a semester off to give birth to our son on April 2, 2012 and returned to work in August, of the same year. Upon my return to school Ryan was extremely supportive, he would come to my home to care for the baby so that I could complete my lesson plans and class work.  There were times when he would stay up late at nights, sometimes past midnight to care for our new born.  He would still get up at 5:00 am to start his day and get ready to go to work.  That type of support and assistance helped me tremendously, because that was a difficult time in my life especially being a first time mom.  His assistance helped me to create a balance with work, school and family.

As a father, our son's needs are always his priority. However due to restrictions placed on Ryan for the past two years, he was very limited in the jobs he could perform. That created some financial hardship and struggles but he would ensure that his son was adequately cared for even if it meant self deprivation.

Ryan Jr. adores his dad and is very dependent on him. He has taught him how to ride his bike, play basketball and they do a lot of fun things together as father and son. As his dad, Ryan Sr. is the only male figure and role model in our son's life and has been detrimental in rearing him. The restrictions placed on Ryan has not allowed him to spend quality time with our son because after leaving work he only has a couple hours before returning to his home.

Your Honor, I am aware that Ryan has been found guilty on two counts and will be sentenced on October 18, 2016. I respect the Court's decision and I am pleading with you for leniency and compassion when sentencing him. The thought of Ryan being in prison for any considerable amount of time is daunting; not to mention the financial burden that I will endure. Your Honor, my son needs his father and without him this could have a long lasting effect on him. I am respectfully pleading with you to show mercy and consideration to our plight.

Thanking you in advance,

*Maisha L Tippins*

Maisha L. Tippins

September 25, 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: Ryan Quashie Sentencing

Dear Judge Cogan:

My name is Lena Bozella. I am currently employed as a Licensed Real Estate
Salesperson and have been for the past 11 years. I also work part time as a package
handler at FedEx. I've Known Ryan Quashie as Q for over 9 years. We briefly dated but
realized we were better off as friends. I am writing in regards to Ryan Quashie
sentencing. It is with a heavy heart that I write this letter since the Ryan I know as Q has
always displayed a kind, calm, compassionate, intelligent, respectable and comedic
demeanor around me and my family members.

In this time he has always been there when I needed a voice of reason. I can remember a
time when I had a dispute with a furniture vendor and was so upset I couldn't and
wouldn't speak reasonably. Which in turn got me nowhere with the vendor coming back
to pick up the erroneously furniture they delivered. I called Q yelling and complaining
about my problem with the furniture vendor. I'll never forget in his usual calm voice, he
says give me the phone number. Of course, I'm doubtful and hesitate because I was so
irate that I figured they wouldn't do anything for me. I figured I would have to take them
to court to get justice. But never the less I gave him the phone number and long and be
hold  Q calls me back and says they'll be there the following day to pick up the furniture.
I couldn't believe it. I was so happy. The following day the delivery men showed up and
removed the furniture without issue.  I will always be grateful to him for that… I was
reminded of several important lessons one being "you can catch more flies with honey".

The Q I know is a gentleman, father, leader, hardworking and a dedicated man. I know Q
will take the road bump as a lesson learned. I pray that you will make it a road bump so
that he will be there for his child. To teach him the lessons he has and will continue to
learn. In turn his child will not have to learn these lessons the hard way.

Respectfully yours,

Lena Bozella



## The Hermitage of Peace
### Old Roman Catholic Church

8634 57th Rd
Elmhurst, NY 11373
718-724-3012

54 Seckar Road
Ashford, CT 06278
917-860-8760

The Rev. Christopher Lee Coleman, OSB

10 November 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Brian M. Cogan:

I write this letter of recommendation for Mr. Ryan Quashie who is known by me and is deserving of mercy.

Mr. Quashie has been found guilty and is awaiting sentencing. But I believe that sentencing him to be incarcerated would not be appropriate in this case. During the last two years he has been gainfully employed by Mr. Lo Guidice as a driver and is an excellent employee. He understands what he has done wrong and it is my belief that he would not put himself in a similar situation in the future.

I ask you to show kindness to Ryan and his family.

Respectfully yours,

Rev. Dr. Christopher Lee Coleman, OSB.

08 - 22 - 2016

Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201.

Dear Sir:

I am writing this letter in regard to the sentencing of Ryan Quashie.

My name is Lennard Charles. I am a retired school teacher with the New York City Department of Education.

I have known Ryan Quashie for at least 10 years and I can truly attest to his humble, industrious and considerate personality.

Ryan has always conducted himself in a most respectful and proper manner and his cordial and amicable character assures all who share his presence that he is indeed a genuinely approachable human being.

I have had the privilege to observe and interact with Ryan on my occasions, and I have witnessed first-hand the diligence and respect that he has exhibited in various situations.

Ryan is a dedicated and purpose-driven individual who leaves no stone unturned in his quest to ensure that whatever tasks he is entrusted with are efficiently and expeditiously executed.

His interaction with his parents, sibling and other family members is testimony to his undying commitment to harmonious and lasting relationships. As a son Ryan has held his mother in very high esteem and has been quick to practice the virtuous teachings that were afforded him from childhood. His role as a father to his young son is exemplary and establishes a pattern that many fathers should emulate in the building of strong, progressive families and communities.

Ryan has never demonstrated arrogance and defiance; conversely he is always ready to acknowledge his errors and embark upon a path of reconstruction.

Ryan has been a fervent and inspirational member of a Faith based church and the spiritual growth he has attained cannot go unnoticed by anyone who is able to observe the demeanor of this promising young man.

I am persuaded that Ryan Quashie has a wealth of invaluable input that can make our community and our world a much better place to live, and as such, I respectfully request the uttermost leniency in this very unfortunate situation.

Sincerely,

Lennard J. Charles

08 - 22 - 2016

Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201.

Dear Sir:

I write in connection with Mr. Ryan Quashie's sentencing. I am aware that he has been convicted after trial but based on my knowledge of him I continue to hold him in high esteem.

I am Judy Kelly-Charles, a recently retired School Principal with the Ministry of Education of Trinidad and Tobago. I am also the maternal aunt of Ryan Quashie. Ryan and his sister were left under my care when their parents migrated to the United States. At that time we shared a home with my parents. So for those very impressionable ages Ryan grew up with his grandparents, his sister, my daughter and me. Ryan grew up in a Christian home and attended church every weekend . He was always obedient and he respected all in the community. Ryan was not one to get into trouble at school and his teacher took a keen interest in his academic success when his parents migrated. Ryan was a member of the Cubs/Scouts Movement at his Primary school.

Ryan and his sister Nicole migrated to join their parents just as he was about to enter Secondary school. While working as a teacher in the Education system of Trinidad and Tobago, there were several underprivileged students in my class and Ryan demonstrated his charitable nature by donating his clothes he outgrew to these children. There was one particular child who benefitted greatly. This student who is now an adult visited me recently and enquired about Ryan.

Ryan maintained a good relationship with his grandparents who were like his parents while growing up. There was an instance while Ryan's maternal grandmother was on vacation at their home he accidentally used an obscene word in her presence. Immediately he was scolded by his grandmother, although he was an adult, and he was very apologetic.

Ryan has never disrespected me and whenever I visited the United States, he made it his duty to see me on arrival.   When it was time for me to depart he would be there to say farewell, even if it meant getting up at 4.00 a.m.

Ryan was always close to his mother and sister and continued living with his mother, giving her moral support, after his sister got married. He also enjoys a very close relationship with his niece and two nephews. He assists with preparing meals for them and solving issues they may have. On several occasions when I called, my sister would tell me that Ryan was preparing barbecue for them.  That seems to be one of his specialties.

As such, I continue to admire Ryan Quashie for these qualities and as such he continues to be a role model to his niece and nephews and to the many who have had the privilege of interacting with him.

Thank you for your anticipated consideration in this matter.

Sincerely,

Judy Kelly - Charles

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201.
September, 12th 2016.

To Honorable Cogan,

My name is Omar Pile. I've been employed by Port Authority New York & New Jersey for over 16yrs. In the past year I have ventured into the position as an Apprentice Car Inspector. One of my main responsibilities is to make sure that the trains in my care are safe and reliable. I interact with the general public every day. Customers may generally have questions in regards to their commute that I assist with. Because of this job I am exposed to a vast array of various nationalities and diverse cultures.

After hearing that Ryan Quashie was found guilty and because of this conviction a sentence will be imposed on October 18, 2016, I felt compelled to write a letter about Ryan's character seeking leniency. I have accepted the juror's decision and I hope this helps.

I've known Ryan for over 25years. We have a genuine brotherly relationship. Ryan is the almost perfect Uncle to my children. Most of my work time is on NJ rail lines which make for a very hectic commute schedule. I am dependant on Ryan to fill in when I can't. He helps a great deal for PTA/report card nights, being present at extracurricular activities and as a strong supportive male figure. The youngest of the three has a very busy schedule filled with basketball games after basketball games. At times I do not know how he does it but I do know one of me is not sufficient to keep up with him. My oldest son has lean to Ryan for spiritual exposure and growth. He also helps by reminding him with the importance of attending college. For my 1st child who is now and adult starting her own family, Ryan has gone the extra mile. In our eyes she will always be our little girl. Life challenges are her new growth and knowing that I have help to pick her up or push her to being her best takes a great heart wrenching burden off me. She confides in Ryan and leans on him for guidance heavily more as a teenager, the years of her being in conflict of who she is and what she wants to do in life.

Ryan and I have many great shared experiences. One of those experiences that stand out is Ryan helping me improve my motor bike riding skills. Being an avid rider, it made sense that I would turn to him for help. Luckily for me I didn't have to ask, he offered. That is Ryan all throughout our brotherhood, if he sees that you need help, he would offer. At first it was a challenge and at times when I felt concerned about passing my road test, Ryan made sure he went with me on practice rides. He guided me on areas he felt needed to be better. I recalled many times after work as tired as we both were he pushed and pushed until I was confident to ride on my own. His availability to be present consistently has helped a great deal. Because of his generous act I am

compelled to assist others who ask me for help learning to ride. It is harder than it looks and having help makes a huge difference. The experience, freedom and joy on a bike cannot be expressed in words. You have to ride to feel the entire euphoria. It is more than I expected. This accomplished task came off my bucket list. The very best outcome of this is that I am now able to be there for my children more and on time. I have beaten the nightmare of commuting from New Jersey to New York on great weather days. I am truly grateful to Ryan for this.


Yours respectfully,

OMAR PILE.

Honarable Brian M. Cogan
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201


    I am writing on behalf of Mr.
Ryan Quashie's sentencing. I am aware
that he has been convicted. It is a great
pleasure of mine to write this letter
for my friend Ryan Quashie. I have
known Ryan for around 15 years.
Him and my boyfriend are best friends
so I have spent alot of time with Ryan.
I have always found Ryan to be of
good moral character. I have been around
Ryan when certain situations come
up that most people would put themselves
in a bad position but not Ryan. I've
always seen him display great character.
He is a guy that always wants to
bring light to a bad situation. He
goes out of his way to make people
smile and be a good man. I'm not
here to say whether or not he is guilty
and I know at this point it doesn't
matter but I do know he's a good man
and doesn't deserve to be taken away
from his family and friends. As you
probably know being a judge sometimes
people make mistakes but being sent

to prison can actually cause more damage than good. Ryan has always been a hard worker that provides for his family. I do alot of volunteer work in my town at the shelter and I meet alot of different types of people and alot of them have alot in common they just needed a break after a mistake in life. I don't want to see this happen to Ryan. I am asking you to Please consider the type of man he is before he is sentenced. I am in Property management and again I meet all types of people and Ryan is one that stands out to the rest. He is always there to help and lend a hand. He really is the type of man the world needs more of.

Thank you for taking the time to read my letter and I hope it helps when it comes to sentencing.

Respectfully -

Whitney Ryan

9/14/16

Honorable Brian M. Cogan

My Name is Travis Foundete,
Um writing this letter on behalf of
my good friend, Mr. Ryan Quashie.
Over the years that I have had
the pleasure of knowing Ryan, I've
come to know him to be a great friend
and a stand up gentleman. Ryan is a
God faining man who would give you
the shirt off his back.
My self, Ryan and a few of our
friends have done work in the community
on several occasions. Unfortunately
these are things that the court
doesn't know about Mr. Quashie. On
two (2) different occasions, we hosted a
block party for the families of a local
homeless shelter. We have hosted a
easter party for the families of another
homeless shelter. On three (3) different
occasions, we donated school bags and
supplies for different back to school
drives. Just two weeks ago on 9/2/16

we donated hamburgers, hotdogs and drinks to ACS for their community event, in Brooklyn. These are things that Mr. Quashie's involved in that doesn't get mentioned.

Unfortunately Mr. Quashie has been convicted in the courts. I'm writing this letter to ask that these different situations, be considered on Ryan's behalf. A good man like Ryan has and can continue to be a staple in our Community.

I, myself am an New York City Department of Sanitation employee and the President of Renegades Youth Football/Cheer program. So I pride myself and make it a point to surround myself with positive people.

In closing, I would like to say thank you for taking the time to read my letter.

Sincerely.
Travis Powlette

## Diahann Singh



August 15, 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Brian M. Cogan,

My name is Diahann Singh I am a registered nurse that is currently employed at Jamaica Hospital Medical Center, as a Clinical Nurse Manager of the emergency department. I am writing to urge leniency in the sentencing of my friend Ryan Quashie.

I have known Ryan for more than 10 years. He and I are both aware of the gravity of the crime he was convicted of, but it is still difficult for me to wrap my head around. This is not the man I know, and I would like to give a perspective that shows the type of man Mr. Quashie is.

Mr. Quashie has always been there for me, willing to lend a hand with everything from fixing cars, broken appliances in a new home I bought, and advice on school. I honestly do not think I would have gotten where I am today if it was not for his support and encouragement. Ryan has matured throughout the years I have known him; he is a very attentive and responsible father to his son. It saddens me that this beautiful little boy has to grow up without his father in his most vulnerable years.

As you know, this is not only Mr. Quashie's first conviction, but also his first offense. Given his otherwise clean record, as well as his close ties to the community, I am asking that you take into consideration his character prior to this offense.

Warm regards,

Diahann Singh RN, CNM.



August 7, 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York11201

My name is Christine Cumberbatch, I've worked in the Mental Health field for the last 4 years where as I Manage a group home for Autistic adults. Previously I was a Salon owner and Stylist for 20 years.

I Am Writing in connection with Mr. Ryan Quashie's sentencing. Despite his conviction, myself and others in the community continue to hold high regards for Ryan. I have known Ryan for 5 years, meeting threw mutual friends. It is threw my personal experience that I can say Ryan is held in high regard to all that has any interactions with him in the community. Ryan is an outstanding person with a big heart so to speak. On many occasions he has stepped in as a friend to help me to pass my medical classes, whereas I lacked focus drive and the proper tools such as his laptop computer to get my work done. Ryan gave me his laptop for as long as I needed and would regularly check in with me on my progress as well as at times would help me study. This experience happened early on in our friendship and for me it set the precedence for the type of person Ryan is. Ryan is an honorable, giving, caring type of person. Over the past five years Ryan has encouraged me to see my way through a host of issues, always reminding me to set aside my own feelings and view things from others perspective. To my knowledge Ryan is not the type to turn his back on anyone he calls "a friend". Neither is he the type to ask anything in return.

I've seen firsthand how Ryan interacts and treats others in the community. Ryan has a soft spot for the kids and teenagers in the neighborhood. He regularly speaks positively and is encouraging.

Ryan is also a strong pillar in this family. His presence and support is pivotal to the family's well-being. Ryan also plays a major role in supporting his family as well as his young son Junior.

Though it is unfortunate Ryan has been convicted, it is my belief that he is and will continue to be an asset to the community as well as his family and friends.

Sincerely,

Christine Cumberbatch

Christine Cumberbatch

Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201


Dear Honorable Brian M. Cogan,


My name is Shelli-Ann Dillon. I am writing on behalf of Ryan Quashie, in connection to Mr. Quashie's sentencing. I am aware that he has been convicted of two of the four charges. Despite these convictions, I believe Ryan's good character should still be considered, as he is held in high regard and is a man of high moral esteem in his community.

Mr. Quashie and I have been friends for well over 10 years. He has always, in my opinion, been a man of high moral character and values, often-times counseling me on life matters throughout the years. His advice was always that which called on me to do what was right in the eyes of God and man.

I have served my community for the last 13 years as a Board of Education Certified Special Education Teacher. I have worked with students between the ages of 10 -21. (Middle and High School). Amongst many positive experiences, I have also had the unfortunate circumstance of watching many of our young men killed, incarcerated or just simply amount to nothing substantial after many years of systematic struggles. I have to highlight someone like Mr. Quashie, because he truly tries to make a difference in the community. He not only volunteers at school events, but he offers his services to be a role model in the community, often times speaking to young people about career goals, and life choices. He made himself available to be a source of guidance and mentorship for many young men in the community and schools in which I work. He takes a vested interest in mentoring young men on their path of success and becoming dignified men in society. I've listened to him give insight on the importance of staying in school and learning from his mistakes.

I've spent a myriad of years gaining insight into Ryan's vision. It's a vision he lives and breathes. It is a part of who he is. Consequently, his backyard would constantly be inundated with men, young and old, over the years as he fostered a safe environment for young men to come and learn from each other in an open forum. He offered a space for them to eat and gain insight on life from more experienced successful men and make life long connections through networking. All of this took place in Quashie's backyard. He never turned back a hungry person, whether hungry for food or knowledge. The wealth of knowledge I experienced being exchanged amongst such a diverse group of men and women at times was breathtaking. His friends, aside from myself, includes lawyers, undertakers, nurses and business owners, just to name a few. It was also an insightful and refreshing experience to sit amongst such a diverse group of individuals. I would have to say for a teenage, young adult, still trying to find their way in life, this was an invaluable experience.

Ryan's heart has always been, from what I've experienced, geared towards helping others. He really gets enjoyment and satisfaction out of that. Although he has come across people who took advantage of him for his kindness and helpful manner, he never stopped helping others, despite the negative

effects at times. There will always be bad apples in a bunch of good ones, but Mr. Quashie, by far, was not one of those bad apples. He was and still continues to be a beacon of light in his community, even as his legal troubles have intensified. Instead of selfishly focusing on himself and his issues, he continues to volunteer himself and serve on different ministries in his church, giving up countless weekends to drive the church bus, even though his time is under tight restrictions.

In all the years I've known Ryan, he has always been a man of dignity and purpose. He has strong family values, which is evident in his close relationships with his family, especially his nieces and nephews, which he takes a hands-on approach in raising. He dislikes being idle, which is evident in his job history. Ryan has always worked, unless injured. Even then, I can recall sitting on the phone with him for hours, researching possible work-from-home options that he could pursue, because he wanted to do "something".

Ryan's spirituality has always played a role in the depth of our friendship. As a woman of strong faith myself, I bonded with Ryan due to my admiration of how he dealt with difficult situations. Many of our conversations over the years have been nothing short of bible study as we contemplate the many mysteries of life and how to live our lives according to our faith. Ryan has always been a deeply conscious man. To witness what is happening with him at this trial, has been troubling and baffling to me, because I know the character of the man before you. Character is not something easily feigned. It takes years of spending time around a person to understand their ways.

Although he may have rubbed shoulders with criminals in his lifetime, he himself is NOT a criminal. He is a loyal friend, and a respectable, hard-working, honest man. The disloyalty of those he considered friends should not define what kind of man he is. He comes from a respectable, Christian family and has not lived his life in any way estranged from the way he was raised. He grew up with both his parents and siblings in a loving, supportive household. He is well grounded and educated with a strong support system, consisting of family, friends, and clergy. By no means is Ryan perfect, but he is not a criminal.

The jury has looked at the evidence and deemed him guilty of two charges. I am asking you to consider this account of Ryan's life through my eyes for the last decade and consider the character of the person in front of you, along with all the knowledge you have that the jury did not. Ryan does not deserve to be behind bars. He is not a criminal. We've all had rotten friends, and been in unfair situations. I am asking you to do what is right. Sending him home to his family, would not be a detriment to society. He has hurt no one. Instead he has been charged with "possibly" assisting with a crime. And even that is arguable, which is evident after two trials. Honorable Cogan, I ask you to see Ryan's character for what it is, and recognize that he is a man that, at 40 years of age, should be allowed to live out the rest of his days raising his 4-year-old son, and continuing to be a pillar in his society. He can do so much more good as a free man, than he can incarcerated for a crime that he was not convicted for, only found to "possibly" be involved in, due to circumstantial evidence that was 7 years old. Thank you in advance, for taking the time to listen to what I've had to say. I have sat in court every day of the last two trials, and I am truly humbled by this entire experience. Your job is undoubtedly a difficult one, but I trust that your decision will be fair and just.

Friend of Ryan Quashie,

Shelli-Ann Dillon

Ephraim L. George

Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Honorable Brian M. Cogan

Greetings, I am Ephraim L. George, 43 years of age, and the owner of E.L. George Funeral Home. I am writing in regards to Mr. Ryan Quashies Sentencing and fully aware of his conviction after trail.

Mr. Quashie has been a dear friend and confidant for over 20 years. I have known Ryan to be an upstanding and well-rounded individual who is very loving, caring and honest to his friends and family. Ryan would always invite my family and me to his home for special occasions and always send Christmas cards to us in person. Ryan is a reflection of his family who shows the same love and affection to all those who came to their home. Ryan always extended himself to me in a helpful way. He has always been a modest gentleman. Ryan's employment with my company has been an asset, I was able to observe his behavior and get to know his professionalism when dealing with families.

Judge Cogan, despite my knowledge of Ryan being convicted, I will still continue to hold him up in high esteem. My family and I honestly love and care for this man.

I hope that you find this helpful in your quest for the truth. Should you need further information, I remain at your disposal. Thank you for your time and consideration.

Sincerely,

Ephraim L. George

Brenda Ramatali

Brooklyn, NY 11208

September 9, 2016

Re: Character Reference Letter for Ryan Quashie

Your Honor:

I, Brenda Ramatali, hereby certify that I have known Ryan Quashie for over a period of six years, he is a very close family friend.

I have known him to be a man of great integrity, who is extremely dedicated to his family, friends and work. He is a respectable, dependable and excellent parent.

Over the past year, he has dedicated his time to worship and praise the Lord by attending church service on Sundays.

I am a Paralegal at the Law Offices of Usman B. Ahmad and have held this position for the past year. However, I have been employed in the field as a Matrimonial Paralegal for the past six years.

Respectfully,

*Brenda Ramatali*

Brenda Ramatali

Sworn to me this 9th
day of September 2016
*Sumi Hayashi-Maxted*
Notary Public

SUMI HAYASHI-MAXTED
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6135283
Qualified in Queens County
My Commission Expires March 23, 20__

August 20th, 2016

Jameela Bailey

████████████████

Brooklyn N.Y, 11208

██████████

**Re: Character reference for Ryan Quashie**

Your Honors

I am writing to vouch for the character of my close friend Ryan Quashie, whom faces criminal sentencing before your court.

I have known Mr. Ryan Quashie for around six years as a very close friend. I can confirm that he is a man of great integrity; he is extremely dedicated to his family, and is entirely honest. Furthermore, at all times I have always found Ryan to be a, dependable, consistent and a very courteous person.

I can attest due to  several reason , when I fractured my ankle in 2013 , he was very helpful by taking me to my therapy appointments , doctor visits , even  a small text or call to see how I was doing made my day.

I have known Mr.Quashie as a very peaceful person and has always been a regular member of his church. He is always inviting me to come to service at his church, to experience the love and warmth. This is the first time in my six years of knowing Ryan that he has ever been charged with a crime.


For your information, I am Jameela Bailey; I currently work at United Cerebral Palsy of NYC.

I have held my position as an Administrative Assistant for the last eight years.

At my position in the Transportation Department at my agency I oversee individuals Transportation to and from Day Program with Development Disabilities.


Yours faithfully

Jameela Bailey

*Jameela Bailey*


*Sworn to me this 20th day of August 2016*

*Sumi Hayashi-Maxted*
*Notary Public*

**SUMI HAYASHI-MAXTED**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01HA6135283**
**Qualified in Queens County**
**My Commission Expires March 23, 2018**

7/21/16

To Honorable Brian M. Cogan

Hello my name is Michael Bailey I'm an electrician for the Railroad. Ryan Quashie(Q) and I are childhood friends, we've been friends for over 20 years. We grew from kids to young men to the grown men with kids we are today. Q has always been an honest hard working guy, will give you the shirt off his back. That's what makes him the great friend and father he is today. As we all know no one is perfect and we all make mistakes but the most important thing about making mistakes is learning from them. Seeing the impact of this unfortunate situation on Q was tough on him and all his friends and family. So in closing as a good friend of Q, I would like to ask you to show leniency towards Q as we his friends and family especially his young son need him around.

Thank You

Michael Bailey

**Christopher Brown**



Rosedale, NY 11422

4th September 2016

**Honorable Brian M. Cogan**

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Dear Honorable Brian M. Cogan,

I am writing this letter on the behalf of Ryan Quashie, who I have known for 15 years and has been one of my closest friend for that time. Mr. Quashie has always been considered a caring and respectful person to his family, friends, and with his sense of humor, he is always a pleasure to be around. It just goes to say, exactly why his 5 year old son is a joy. He has respect for his family as well as showing other adults the proper way he was taught to act by his father. It is a privilege to know Mr. Quashie and the way he plays a major part in his son's life, and I consider him to be of worth as there are fathers that do not acknowledge their children.

There has been times, within the 15 years that I've known Ryan, to always lended a helping hand to my wife and I. for example during Hurricane Sandy. My home was damaged by water and I needed some help to sustain what we could within my home. I knew I could depend on him, and when I ask for help, he was very willing to lend a hand. It's good to know that in a time of need, that he's that friend I can count on and I'm looking forward to maintaining the friendship I have with Ryan well into my golden years..

Unfortunately, sometimes we find ourselves in unnecessary situations. I feel that does not determine a person's character. I also believe, that sometimes things do happen, only to make us a better person. Obstacles in life often gives us more reasons to work, and strive harder as individuals.

Honorable Judge Brian M. Cogan, Ryan Quashie is a man with an excellent work ethic and has maintained a job for all the years I have known him.. He always wants the best for his son, family and friends. Please take into consideration that he is a man with morals, respect and a good heart.

Sincerely,

Christopher Brown

*From the desk of*

## Sheri Howard

September 1, 2016


Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Letter of Support for Mr. Ryan Quashie

Your Honor,

My name is Sheri Howard and I currently work as a Coordinating Manager in the Risk Management Department at the NYC Health + Hospital/ Kings County. I am also pursing my Masters of Arts in Urban Studies with a concentration in Health Care Policy and Administration. I am writing this letter in support of Mr. Ryan Quashie. Ryan has been my close friend for over 20 years.

Ryan has explained the details of his conviction to me. When he told me about the charges against him, it was completely an uncharacteristic aberration. Ryan has always been an upstanding law abiding citizen.

I can say that in all the time I have known Ryan, he has been a considerate, hardworking and trustworthy person. As a single mother, Ryan has always been there when I needed him to assist me with my son, Juwan. Juwan is currently in college pursing his Bachelor Degree in Architecture and minoring in Business Administration. I must say, Ryan played a huge role in supporting me in making this happen. And now seeing him as a father, despite this unfortunate situation, I know that he will be a supportive and dedicated father to his son Junior.

I have known Ryan for a long time and this unfortunate circumstance has been difficult for his mother, his son, family and friends. I believe that the loss of his freedom that he was afforded prior to his felony conviction has tremendously affected him in all aspects of his life (e.g. work force, community, etc.). I truly believe that Ryan has already suffered extensively.

Thanking you in advance for your consideration.

Respectfully,

*Sheri Howard*

Sheri Howard

September 15, 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Brian M. Cogan,

I am writing you in regards to Mr. Ryan Quashie's sentencing for his conviction after trial. My
name is Minister David Ward. I am the former Minister of King of Glory Temple. I have known
Mr. Quashie for a little over one year. We came in contact with each other during a revival
service back in 2015. During the year we have developed a good relationship, one of which I
have became his mentor, prayer partner and confidant. I have witnessed him grow into a
strong, will determined person with great intentions for his future. He is very dedicated in
attending church services on Friday and Sunday along with his family. Not to mention he is a
very family oriented person. An exceptional father to his son in which he takes great pride in
and desires to spend a lot of time with him.

We are aware that Mr. Quashie was found guilty by a jury and has been convicted. By no means
did Mr. Quashie deny that his conviction was due to his association with the wrong company.
But as his mentor I still hold him in high esteem.  Mr. Quashie has a very sincere heart and a
very humble spirit. Recently during our friendship, I encountered a financial situation where I
was in need. Mr. Quashie despite all of his expenses, was the only one of my colleagues that did
not hesitate to immediately assist me. After this good deed it was proven to me that Mr.
Quashie is a man of a good heart who is always willing to help others despite of his
circumstances.  Because of his caring heart, generous spirit and humanity his ultimate desire is
to hopefully one day open a soup kitchen with the aid of some of his church members, so can
he can ensure that the underprivileged are fed. I believe that Mr. Quashie is someone that's of
great help to society, not only to identify his mistakes but to correct them and use it to help
others. Because of his ambition, I believe he deserves a second chance.

Yours truly,

David Ward

September 22, 2016

Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

### Re: Character reference for Mr. Ryan Quashie

The following text is in regards to the sentencing of Mr. Ryan Quashie. Although respected, I am disheartened to hear of the outcome of Mr. Quashie's trial by jury. I, Eric George, consider Mr. Quashie a loyal, devoted, and trusted friend. We share a bond that may be compared to biological siblings. So as I approach this letter I do so with great dismay. I have known Mr. Quashie for over twenty years. He has been a constant shoulder to lean on and positive influence in my life from the day that we met. I have had some trying times in my life and he has always been there to see me, guide me, and help me through them. He has never turned his back on me or anyone that he considers a friend. His door has always been open to me. Even when I just needed a break from my own reality, he would let me take refuge at his house. Even in his trying times he still finds it in his heart to check on me and ask me how I am doing. I wish I could verbally have this conversation with you Judge Cogan because after twenty plus years I have so much to say.

I fell on hard times after moving away from New York some twenty odd years ago. Mr. Quashie and I kept in touch on a regular basis and he would always tell me that "I am here for you brother. Just come home and we will figure it out." I would procrastinate and he would call me every so often to extend his invitation to help get me back on my feet. After a few years of trying it my own way I finally gave in and took him up on his offer. I packed my bags and moved back to New York. He gave me a list of things I needed to do and he would guarantee me a job making an honest, decent living. I was also given a time frame in which he expected me to fulfill certain tasks, such as getting my New York divers license, etc. He would not let me make any excuses and I did not want to disappoint him. For the three weeks that I was getting my paper work in order he would pick me up after work and tell me he needed my help at his house or another friends' house running wires. I did not realize it at the time but he was training me to be a technician. After three weeks I managed to complete all of my listed tasks and I was at work as a communications technician right along the side of Mr. Quashie. I hit the ground running and I never looked back. I was making a good living and I was able to bring my children to New York along with me. I was able to afford them simple things that I could not afford before, such as football, baseball, and instrumentational camps. I do not know if he remembers this but Mr. Quashie has also helped me out a few times with my baseball coaching endeavors. I would work

for weeks straight, with no days off, just to let him know that I appreciated what he had done for me and to let the owners know that he did not let them down for vouching for me.

I honestly could go on forever but I will just discuss one more event. One day I was out in the field on my ladder working on a line. I received a phone call that my sister was being rushed to the hospital. I called my supervisor, Mr. Quashie and informed him of what was going on. My intent was to let him know that I might need someone to pick up one of my four jobs that I had left. He told me to get off my ladder and go to the hospital "Right Now". I tried to tell him that I would finish the job that I was on but he would not let me. This would be unheard of by any other supervisor in the company. I would not have been ordered to leave my work site. He took care of the job I was on and the rest of my work for the day, by calling on the support of other employees. I said all of that to say this man has a heart of gold and he is always helped and directed me in the right direction without looking for anything in return. He is a great guy in my eyes and the true definition of a friend, a brother, a son, and most importantly a father. I have six children, the two oldest are in their first and second year of college at Savannah State College and St. John's University, respectively. The others are eager to follow in their footsteps. In fact, my next graduate is being courted by the likes of Duke, Harvard, Georgia Tech, and a whole slew of Ivy League Institutions. I owe these accomplishments to Mr. Quashie. Due to his positive influence on me and my life. I was able to give six children a better shot at life than I had. I hope and I pray that he is able to do the same for his son and maybe one day I can repay him for all he has done for my children and myself. Thanks in advance for your time, patience, and leniency.

Sincerely,

Eric George

Communications Technician

Sworn and subscribed before me at Covington, Georgia on September 23, 2016.

Carol Dunusan

Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201


Re: Character reference for Mr. Ryan Quashie


Your Honor, I would like to start out by saying that I have known Mr. Ryan Quashie for thirteen years. Mr. Ryan Quashie is now like a brother to me, he always has a listening ear when needed and is very kind-hearted. Mr. Ryan Quashie is someone that would be willing to help anyone out in need. The first time I ever met Mr. Ryan Quashie, I was introduced by the father of my children on a trip to New York, Mr. Ryan Quashie was very welcoming to me and always made me feel comfortable in his presence. I am the type of person that always stays to myself and I tend to be quiet and shy. On one of my visits to New York, I was dropped off with Mr. Quashie, while the father of my kids went to work, he did not want me to be left alone while on vacation. I really did not want to go hang out with Mr. Quashie, due to my shyness, but it only took a little while for him to win me over, with his wonderful sense of humor and loving heart. He made me feel so welcomed in his presence. I knew from that day that Mr. Quashie was a genuine person. Now when I visit New York he is one of the first people I go to visit.


To know Mr. Ryan Quashie is to love him, when first meeting him he can be a little intimidating with his loud tone, it only takes a few minutes to see that he is very polite and courteous. Mr. Quashie will do anything for

most people, if he sees a friend in need he feels obligated to help out. That is just the type of person he is.

   If you know Mr. Ryan Quashie, then you know he has a son that he is crazy about. When I visit Mr. Ryan he always pulls out his phone and shows me pictures of his son. He will brag about his son's accomplishments also. He is a proud and wonderful father, and seeing him raise his son really melts my heart.


   Your Honor, I write this character reference for my wonderful friend in hopes that during sentencing you will take in consideration the type of person Mr. Quashie really is. Thank you for your time.

Melinda White

Sworn and subscribed before me at Covington, Georgia on September 23, 2014.

Carol Durusau



## The Hermitage of Peace
**Old Roman Catholic Church**

8634 57th Rd
Elmhurst, NY 11373
718-724-3012

54 Seckar Road
Ashford, CT 06278
917-860-8760

The Rev. Christopher Lee Coleman, OSB

10 November 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Brian M. Cogan:

I write this letter of recommendation for Mr. Ryan Quashie who is known by me and is deserving of mercy.

Mr. Quashie has been found guilty and is awaiting sentencing. But I believe that sentencing him to be incarcerated would not be appropriate in this case. During the last two years he has been gainfully employed by Mr. Lo Guidice as a driver and is an excellent employee. He understands what he has done wrong and it is my belief that he would not put himself in a similar situation in the future.

I ask you to show kindness to Ryan and his family.

Respectfully yours,

Rev. Dr. Christopher Lee Coleman, OSB.

September 2, 2016

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
New York, NY 11201

Judge Cogan:

My name is Agnes Bethelmie and I have been employed for 33 years with Memorial Sloan Kettering
Cancer Center in New York City.

I am writing in connection with Mr. Ryan Quashie's sentencing and I am aware that he was convicted of
serious offences.

I have known Mr. Quashie from a young man attending junior high school together with my son. As far
as I'm concern he is my son.  Never knew him getting into any type of trouble and I've always known
him to be a law abiding citizen. He always made sure that all is well with me and his family.  He attends
church services with me every Sunday and is always ready to help in the church.

I'm asking the court for leniency towards Mr. Quashie, for though the jury has found him guilty I still
hold this young man in high esteem.

Thank you for giving me an opportunity to present to you a few of Mr. Quashie's qualities.


Sincerely

Agnes Bethelmie